UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MCKINNEY,<br><br>   Plaintiff,<br><br>   v.<br><br>LAND O LAKES, INC.<br><br>   Defendant. | Case No. 1:23-cv-01304-KES-HBK[1]<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT SCHEDULING ORDER<br><br>(Doc. No. 13) |

Pending before the Court is the Parties' stipulated motion to extend certain deadlines in the November 30, 2023 Case Management Scheduling Order ("CMSO"), which was filed on August 6, 2024. (Doc. No. 13, "Motion"). The Parties stipulate to and propose 90-day extensions to the non-expert and expert discovery deadlines because Defendant's previously designated PMQ is no longer employed by Defendant, so that deposition needs rescheduled once Defendant identifies a replacement designee. (*Id*. at 2). Further, the Parties are in the process of discussing alternative dispute resolution ("ADR") and are hopeful the case may be resolved through the ADR process. (*Id*. at 3). For good cause shown, the Court will grant the Motion. *See* Fed. R. Civ. P. 16(b)(4). Due to the change in the discovery deadlines, the dispositive motion deadline also must be adjusted.

---

[1] On March 14, 2024, this case was reassigned to District Judge Kirk E. Sherriff. (Doc. No. 10).

Accordingly, it is **ORDERED:**

1. The Parties' stipulated Motion (Doc. No. 13) is GRANTED to the extent set forth herein.
2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
|---|---|
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 01/02/2025 |
| Deadline for defendants to disclose expert report(s). | 01/16/2025 |
| Deadline for disclosing any expert rebuttal report(s). | 01/30/2025 |
| Deadline for Expert discovery. | 03/06/2025 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 03/14/2025 |

3. The remaining dates and procedures set forth in the November 30, 2023 Case Management and Scheduling Order (Doc. No. 8) otherwise shall govern this action.

DONE AND ORDERED:

Dated:   August 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2