UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KIMBERLY MCKINNEY, | Case No. 1:23-cv-01304-KES-HBK |
|---|---|
| Plaintiff, | ORDER GRANTING PARTIES' SECOND MOTION TO EXTEND DISCOVERY DEADLINE |
| v. | |
| LAND O LAKES, INC. | (Doc. No. 15) |
| Defendant. | |

Pending before the Court is the Parties' motion seeking a second extension to the non-expert discovery deadline filed November 6, 2024. (Doc. No. 15). The Parties seek a fourteen (14) day extension to the current December 5, 2024 non-expert discovery to accommodate the schedules of witnesses for their depositions. (*Id*. at 3). For good cause shown, the Court will grant the Motion. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

The Parties' Motion (Doc. No. 15) is GRANTED to the extent the non-expert discovery deadline shall be extended to December 19, 2024.

Dated: November 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE