UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MCKINNEY,<br><br>             Plaintiff,<br><br>      v.<br><br>LAND O LAKES, INC.<br><br>             Defendant. | Case No.  1:23-cv-01304-KES-HBK<br><br>ORDER GRANTING PARTIES' AMENDED STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. No. 27)<br><br>ORDER DIRECTING CLERK TO LIFT STAY |

Pending before the Court is the Parties' amended stipulated motion requesting the Court to lift the stay of this action and seeking modifications to the deadlines in the Case Management Scheduling Order. (Doc. No. 27). The Parties advise that their VDRP mediation resulted in an impasse. (*Id*. at 2-3). For good cause shown, the Court will grant the Motion. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Motion (Doc. No. 27) is GRANTED to the extent set forth herein.

2. The Clerk of Court is directed to LIFT THE STAY of this action.

3. The deadline for the Parties to complete any non-expert discovery is extended to **July 11, 2025**.

4. The deadline for Plaintiff to disclose expert reports is extended to **July 25, 2025**.

5. The deadline for Defendant to disclose expert reports is extended to **August 8, 2025**.

6. The deadline for the Parties to complete any expert discovery is extended to **September 5, 2025**.

7. The deadline for the Parties to file final joint pretrial statements, motions(s) in limine, proposed jury instructions, and verdict forms is reset to **September 8, 2025.**

**8.** The July 14, 2025, final pretrial conference is vacated, and is rescheduled for **September 15, 2025 at 1:00 p.m.**

9. The August 26, 2025 trial date is vacated, and rescheduled for **October 27, 2025 at 8:30 a.m.** in Courtroom 6.

Dated:   May 16, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2