BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
ROBERT A. SARKISIAN, Bar No. 327364
robert.sarkisian@stoel.com
KYNDALL N. BANALES, Bar No. 357304
kyndall.banales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Defendant*
*LAND O'LAKES, INC.*

JAY S. ROTHMAN, Bar No. 49739
lawyers@jayrothmanlaw.com
TIMOTHY E. KEARNS, Bar No. 142997
tkearns@jayrothmanlaw.com
JEFF D. NEIDERMAN, Bar No. 203818
jneiderman@jayrothmanlaw.com
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, California 91367
Telephone: (818) 986-7870
Facsimile: (818) 990-3019

*Attorneys for Plaintiff*
*KIMBERLY MCKINNEY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KIMBERLY MCKINNEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LAND O'LAKES, INC., a Minnesota corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.:  1:23−CV−01304−KES−HBK <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES** <br><br> Complaint Filed: July 27, 2023 <br> Trial Set: June 23, 2026 |

**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**

-1-

CASE NO.:  1:23-CV-01304-KES-HBK

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

151856542.3 0039116-00154

Defendant Land O'Lakes, Inc. ("Defendant") and Plaintiff Kimberly McKinney ("Plaintiff") (collectively, the "Parties"), by and through their counsel, agree and stipulate as follows:

WHEREAS, Plaintiff filed her Complaint in the Superior Court of California, County of Tulare on July 27, 2023;

WHEREAS, Defendant filed its Answer on August 31, 2023;

WHEREAS, Defendant removed this matter to this Court on August 31, 2023;

WHEREAS, on September 19, 2025, the Court issued its Tentative Pretrial Order, which scheduled Trial to commence February 24, 2026, and set various pre-trial deadlines [Dkt. 44];

WHEREAS, on January 28, 2026, the Court continued the Trial to June 23, 2026 [Dkt. 54];

WHEREAS, in light of the continuance of the Trial, the Parties respectfully request that the remaining pre-trial deadlines be continued for approximately 120-days in accordance with the new Trial date;

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate as follows:

| Pre-Trial Deadlines | Current Deadline | New Deadline |
|---|---|---|
| Parties to Exchange Exhibits | 2/3/2026 | 5/26/2026 |
| Motions in Limine | 2/3/2026 | 5/26/2026 |
| Proposed Jury Instructions and Verdict Forms | 2/3/2026 | 6/2/2026 |
| Objections to Proposed Jury Instructions, Verdict Forms and Exhibits | 2/10/2026 | 6/9/2026 |
| Joint Proposed Neutral Statement | 2/10/2026 | 6/9/2026 |
| Oppositions to Motions in Limine | 2/17/2026 | 6/9/2026 |
| Proposed Voir Dire | 2/17/2026 | 6/16/2026 |
| Trial Briefs | 2/17/2026 | 6/16/2026 |
| Trial Exhibits Due to Court | 2/17/2026 | 6/16/2026 |
| Lodge Deposition Transcripts | 2/17/2026 | 6/16/2026 |

**IT IS SO STIPULATED.**

DATED:  February 2, 2026                    STOEL RIVES LLP


                                            /s/ Robert Sarkisian
                                            BRYAN L. HAWKINS
                                            bryan.hawkins@stoel.com
                                            ROBERT A. SARKISIAN
                                            robert.sarkisian@stoel.com
                                            KYNDALL N. BANALES
                                            kyndall.banales@stoel.com


                                            *Attorneys for Defendant LAND O'LAKES, INC.*


DATED:  February 2, 2026                    **JAY S. ROTHMAN & ASSOCIATES**


                                            */s/Jeff D. Neiderman* (as authorized 1.30.26)
                                            JAY S. ROTHMAN
                                            lawyers@jayrothmanlaw.com
                                            TIMOTHY E. KEARNS
                                            tkearns@jayrothmanlaw.com
                                            JEFF D. NEIDERMAN
                                            jneiderman@jayrothmanlaw.com


                                            *Attorneys for Plaintiff KIMBERLY MCKINNEY*

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**JOINT STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES**        -3-        **CASE NO.:  1:23-CV-01304-KES-HBK**

151856542.3 0039116-00154

## ORDER

The foregoing stipulation having been presented to and considered by the Court, and good cause appearing therefore, it is hereby ordered that the following pre-trial deadlines are continued in accordance with the new Trial date:

| Pre-Trial Deadlines | Current Deadline | New Deadline |
|---|---|---|
| Parties to Exchange Exhibits | 2/3/2026 | 5/26/2026 |
| Motions in Limine | 2/3/2026 | 5/26/2026 |
| Proposed Jury Instructions and Verdict Forms | 2/3/2026 | 6/2/2026 |
| Objections to Proposed Jury Instructions, Verdict Forms and Exhibits | 2/10/2026 | 6/9/2026 |
| Joint Proposed Neutral Statement | 2/10/2026 | 6/9/2026 |
| Oppositions to Motions in Limine | 2/17/2026 | 6/9/2026 |
| Proposed Voir Dire | 2/17/2026 | 6/16/2026 |
| Trial Briefs | 2/17/2026 | 6/16/2026 |
| Trial Exhibits Due to Court | 2/17/2026 | 6/16/2026 |
| Lodge Deposition Transcripts | 2/17/2026 | 6/16/2026 |

IT IS SO ORDERED.

Dated:    February 2, 2026

_____
UNITED STATES DISTRICT JUDGE