**FILED**

**JUDGMENT ENTERED**

June 30, 2026
Date
by: Victoria Gonzales
Deputy Clerk
U.S. District Court
Eastern District of California
XX    CASE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

KIMBERLY MCKINNEY,

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:23-CV-01304-KES-HBK

LAND O'LAKES INC.,

      Defendant.

_____/

JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried, and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that:

*JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENSE, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 6/30/2026.*

DATED: 6/30/2026

KEITH HOLLAND, Clerk

/S/ Victoria Gonzales
By:      Deputy Clerk

jgm.civ
2/18/2025